**Dismissed and Memorandum Opinion filed September 29, 2011.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-11-00809-CR
## NO. 14-11-00810-CR

_____

### ERIC A. PEREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1300489 & 1300490**

---

## MEMORANDUM   OPINION

Appellant entered guilty pleas to theft and possession of prohibited weapons.   In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on the theft charge to confinement for six months in the State Jail Division of the Texas Department of Criminal Justice.   Consistent with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on the possession

charge to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed pro se notices of appeal. We dismiss the appeals.

The trial court entered certifications of the defendant's right to appeal in which the court certified that these are plea bargain cases, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record in each appeal. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.


PER CURIAM


Panel consists of Justices Frost, Seymore, and Jamison.
Do Not Publish — TEX. R. APP. P. 47.2(b)